October 9, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

SOUTHWEST GALVANIZING, INC. AND LEACH & MINNICK, P.C.,
Appellants

NO. 14-13-00788-CV                    V.

EAGLE FABRICATORS, INC., Appellee
_____

This cause, an appeal from the judgment in favor of appellee Eagle Fabricators, Inc., signed August 6, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment, but the record shows that appellant Leach & Minnick, P.C. is not a proper party to the appeal. We therefore order the appeal by Leach & Minnick, P.C. **DISMISSED**, and we order the judgment of the court below **AFFIRMED**.

We order appellants Southwest Galvanizing, Inc. and Leach & Minick, P.C., jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.